IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER CALIB BROWN, DANIEL RAY MOTT, and TATOOED MILLIOINAIRE ENERTAINMENT, LLC, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| HANOVER AMERICAN INSURANCE COMPANY, INC., GOODMAN-GABLE-GOULD ADJUSTER/INTERNATIONAL, INC., LMG, INC., and COASTAL TECHNICAL SERVICES, LLC, | ) ) ) ) ) ) |
| Defendants. | ) |

No. 2:20-cv-02415-TLP-cgc

JURY DEMAND

**ORDER GRANTING MOTION TO REASSIGN, ADOPTING THE CLERK'S REPORT AND RECOMMENDATION, AND DIRECTING CLERK TO REASSIGN**

Defendants Hanover American Insurance Company, LMG, Inc., and Coastal Technical Services, LLC move to reassign this case to Judge Jon P. McCalla. (ECF No. 24.) Defendants claim this case is a companion case to *Hanover v. Tattooed Millionaire Entertainment, LLC, et al.*, No. 2:16-cv-02817-JPM-tmp, which is an earlier filed case assigned to Judge McCalla. (*Id.*) Defendant Goodman-Gable-Gould Adjuster/International, Inc. does not oppose the motion. (*Id.*) Plaintiffs, however, do oppose reassignment. (ECF No. 26.)

Defendants argue that this case and the original action are companion cases because they involve most of the same parties and arise out of the same transaction or occurrence—a fire and Hanover's handling of Plaintiffs' ensuing insurance claims. (ECF No. 24-2 at PageID 291.)

Plaintiffs, on the other hand, argue the cases "have nothing in common" and the legal issue presented in this case is different from the earlier case.  (ECF No. 26 at PageID 473.)

Under Local Rule 83.8(c), this Court referred Defendants' motion to the Clerk of Court for an initial administrative determination of whether this is a companion case.  (ECF No. 27.)  And the Clerk issued a Report and Recommendation ("R&R") deciding that this is a companion case and that this Court should reassign it to Judge McCalla.  (ECF No. 37.)  This Court agrees.

To give a brief history, Hanover American Insurance Company ("Hanover") sued Tattooed Millionaire Entertainment, LLC ("TME"), Christopher C. Brown ("Brown"), Daniel R. Mott ("Mott"), and John Falls ("Falls") over falsified insurance claims.  (*Hanover v. Tattooed Millionaire Entertainment, LLC, et al.*, No. 2:16-cv-02817-JPM-tmp, ECF No. 1.)  The dispute included claims for music recording equipment.  (*Id.*)  And now, in this case, TME, Brown, and Mott sued Hanover claiming that Hanover conspired with Goodman-Gable-Gould Adjuster/International, Inc., LMG, Inc., and Coastal Technical Services, LLC to withhold or steal some of that music recording equipment.  (*Brown v. Hanover American Insurance Company, Inc., et al.*, No. 2:20-cv-02415-TLP-cgc, ECF No. 1.)

In short, even though the issues presented in the two cases are distinct, they still arise from a common occurrence—the fire and handling of the insurance claims between the parties.  This case, therefore, involves most of the same parties and features a dispute arising from the same transaction as the first dispute.  In his R&R, the Clerk relied on the Eastern District of Michigan's definition of a companion case, which reads as follows: "Companion cases are those cases in which it appears that . . . the same or related parties are present, and the cases arise out of the same transaction or occurrence.  Cases may be companion cases even though one of them may have already been terminated."  (ECF No. 37 at PageID 256.)  The parties did not dispute

this definition. (*See id.*) Based on this definition, the Court finds that this case is a companion case to *Hanover v. Tattooed Millionaire, LLC, et al*, No. 2:16-cv-02817-JPM-tmp.

Thus, having reviewed the parties' arguments and the Clerk's R&R, this Court **GRANTS** Defendant's Motion to Reassign and **ADOPTS** the Clerk's R&R. Accordingly, the Court respectfully **DIRECTS** the Clerk to reassign this case to Judge McCalla in exchange for a comparable case.

**SO ORDERED**, this 29th day of October, 2020.

                                          s/ Thomas L. Parker
                                          THOMAS L. PARKER
                                          UNITED STATES DISTRICT JUDGE